# EXHIBIT A

DocuSign

| Certificate Of Completion | | |
|---|---|---|
| Envelope Id: 9C1044E41D9744008555D79D54C9094A | | Status: Completed |
| Subject: Complete with DocuSign: Open House Writers Contract GB JR fill.pdf, SCREENWRITERS Agreement ESC... | | |
| Source Envelope: | | |
| Document Pages: 34 | Signatures: 11 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Gary Bloom |
| AutoNav: Enabled | | GaryBloomLaw@gmail.com |
| EnvelopeId Stamping: Enabled | | IP Address: 73.68.130.46 |
| Time Zone: (UTC-08:00) Pacific Time (US & Canada) | | |

| Record Tracking | | |
|---|---|---|
| Status: Original<br>         7/11/2023 9:27:47 AM | Holder: Gary Bloom<br>         GaryBloomLaw@gmail.com | Location: DocuSign |

| Signer Events | Signature | Timestamp |
|---|---|---|
| William James Campbell III<br>WilliamJamesCampbell3rd@gmail.com<br>Security Level: Email, Account Authentication (None) | DocuSigned by:<br>[signature]<br>085E209BB6D9443...<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 166.196.79.73<br>Signed using mobile | Sent: 7/11/2023 9:42:26 AM<br>Viewed: 7/11/2023 10:08:25 AM<br>Signed: 7/11/2023 10:14:45 AM |
| **Electronic Record and Signature Disclosure:**<br>   Accepted: 7/11/2023 10:08:25 AM<br>   ID: 3a22db18-3689-4aee-9860-5d1d20f58cf9 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 7/11/2023 9:42:26 AM |
| Certified Delivered | Security Checked | 7/11/2023 10:08:25 AM |
| Signing Complete | Security Checked | 7/11/2023 10:14:45 AM |
| Completed | Security Checked | 7/11/2023 10:14:45 AM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**