UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-10339-RGS

GARY MICHEL BLOOM,
Plaintiff

v.

WILLIAM JAMES CAMPBELL, III,
Defendant

ORDER ON REPORTS AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE

July 1, 2025

STEARNS, D.J.

This is a somewhat convoluted case involving disputes over the authorship of various literary projects that festered into an acrimonious relationship between the parties. In essence, plaintiff Gary Bloom alleges that defendant William Campbell mispresented himself as the true author of seven screenplays and two video projects to induce Bloom into providing legal representation and editorial collaboration in perfecting the draft projects into marketable vehicles. The festering rancor and recriminations that ensued from the breakdown between the erstwhile partners led to counter-lawsuits, Bloom suing Campbell for fraudulent inducement and

Campbell counterclaiming with allegations of tortious interference, defamation, and violation of the Massachusetts Rules of Professional Conduct, or in the alternative, to strike Bloom's claims of fraud. After hearing the parties and reviewing the record, Magistrate Judge Boal issued two Reports and a series of Recommendations which this court will adopt for the reasons she carefully explains. Consequently, the court will allow Bloom's motion to dismiss Campbell's counterclaims and deny Campbell's motion to strike, or in the alternative, to be granted leave to amend his counterclaims. As a separate matter, the court will also adopt the Magistrate Judge's Recommendation that Bloom's motion to attach any interest Campbell may have in certain of the disputed properties be denied as Bloom has failed to show any likelihood of success on the merits.

Consequently, the Recommendations are <u>ADOPTED</u>. Bloom's motion to dismiss (Dkt# 60) is <u>ALLOWED</u>. Campbell's motion to strike Bloom's motion to dismiss or, in the alternative, to amend his counterclaims (Dkt # 68) is <u>DENIED</u>. Bloom's motion for an attachment (Dkt# 71) is <u>DENIED</u>.[1]

---

[1] Neither party has filed a timely Objection to any of the Magistrate Judge's Reports and Recommendations.

SO ORDERED.

/s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE