UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-10339-RGS

GARY MICHAEL BLOOM,
Plaintiff

v.

WILLIAM JAMES CAMPBELL, III,
Defendant

ORDER ON REPORT AND RECOMMENDATIONS
OF THE MAGISTRATE JUDGE REGARDING PLAINTIFF'S
MOTION TO STRIKE AFFIRMATIVE DEFENSES AND
FOR JUDGMENT ON THE PLEADINGS

November 19, 2025

STEARNS, D.J.

Pro se plaintiff, attorney Gary Bloom, in this contentious case involving an attorney-client/partnership agreement turned sour, now moves for judgment on the pleadings. He also asks that the court strike defendant William Campbell's affirmative defenses. In a carefully considered Report, Magistrate Judge Boal recommends that the district court deny plaintiff Bloom's motion as untimely under Fed. R. Civ. P. 12(f). She further recommends that the motion for judgment on the pleadings on five of Campbell's affirmative defenses be denied as Campbell has plead them with sufficient clarity to satisfy the "short and plain" requirements of Fed. R. Civ.

P. 8(a)(2).  As Magistrate Judge Boal's conclusions are correct regarding both motions, the court will adopt her Recommendations that that the motions be denied.

### ORDER

The Recommendations of the Magistrate Judge are <u>ADOPTED</u>. Bloom's motions for judgment on the pleadings and to strike affirmative defenses (Dkt# 94 are) <u>DENIED</u>.[1]

SO ORDERED.

/s/ Richard G. Stearns<br>
UNITED STATES DISTRICT JUDGE

---

[1] On October 25, 2025, Bloom filed timely Objections to the Magistrate Judge's Report and Recommendations.  The Objections raise no arguments that were not (or could not have been) raised in the proceedings before the Magistrate Judge and thus merit no further consideration.