UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 24-10339-RGS

GARY MICHEL BLOOM,
Plaintiff

v.

WILLIAM JAMES CAMPBELL, III,
Defendant

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE REGARDING
AMENDED MOTION FOR SANCTIONS (Dkt #210)

February 18, 2026

STEARNS, D.J.

For the reasons succinctly stated by Magistrate Judge Boal, the court will <u>ADOPT</u> her Recommendations that plaintiff Bloom's motion for imposition of Rule 11 sanctions be, and hereby is, <u>DENIED</u>. Upon proper application, the court will award defendant Campbell any reasonable costs and attorney's fees incurred in opposing the motion (Dkt # 137).

SO ORDERED.

/s/ Richard G. Stearns_____
UNITED STATES DISTRICT JUDGE