UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GARY M. BLOOM, <br> Plaintiff <br> v. <br> WILLIAM JAMES CAMPBELL III, <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 1:24-cv-10339 |

### NOTICE OF DEFENDANT'S CONTINUED FAILURE TO OPPOSE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Pl. Gary M. Bloom respectfully notifies the Court that Def. William James Campbell III continues to fail to file an operational opposition to Pl.'s Motion for Summary Judgment (Docket No. 169). This Notice follows the previous filing of Notice 226 (Docket No. 226).

PROCEDURAL HISTORY

1. Pl. filed his Motion for Summary Judgment on December 19, 2025 (Docket Nos. 169 (mot.), 170 (SOF), 172 (mem.)) with corrected SOF on December 22 (Docket No. 173, to comply with the appropriate Standing Order).

2. After joint motion practice, the filing deadline was extended to February 10, 2026 (mot., Docket No. 213; order, Docket No. 214).

3. On February 13, 2026, Pl. filed Notice 226 because no opposition had been filed.

4. Later that same day, Def. filed his opposition late and without leave of court (Docket No. 228).

5. Pl. assented to a motion for leave to file late which Def. filed on February 16, 2026 (Docket No. 229) and the Court granted on February 17, 2026, requiring certain language be added to the caption (Docket No. 231).

6. Defense Counsel and Pl. emailed regarding the late filing on February 24, 2026, and Pl. advised re-filing with the "Leave to file granted on (date of order)" language in the document as required by Order 231.

7. As of today, March 1, 2026, Def.'s MSJ opposition has yet to be re-filed as required by Order 231.

8. Under First Circuit precedent, where a party fails to properly file an opposition to a motion for summary judgment as required by applicable rules and court orders, the Court may treat the motion as unopposed and accept as true all material facts set forth by the moving party with appropriate record support. *Jaroma v. Massey*, 873 F.2d 17, 21 (1st Cir. 1989). If those facts entitle the moving party to judgment as a matter of law, summary judgment will be granted. *Id*.

9. Plaintiff respectfully notes that the record before the Court fully supports summary judgment in Plaintiff's favor on all counts. Plaintiff is prepared to brief this matter if the Court so desires.

\*\* Respectfully submitted on March 1, 2026,

/s/ Gary M. Bloom
Gary M. Bloom, Esq.
Pro Se Plaintiff
30 Franklin St #223, Malden MA 02148
617-553-4255
GaryBloomLaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that on March 1, 2026, I served the above on counsel of record by filing via ECF.

/s/ Gary M. Bloom
Gary M. Bloom, Esq.